GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
JOSEPH P. WILSON (SBN 228180)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-4961
   Facsimile: (213) 894-0115
   Email: Joseph.P.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIANN ALLER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>　　Counterclaim Plaintiff,<br><br>　　v.<br><br>GEORGIANN ALLER,<br><br>　　Counterclaim Defendant.<br>_____ | Case No. CV 09-01889 DMG (SHx)<br><br>**JUDGMENT**<br>**JS-6**[25] |

On February 17, 2010, the Court granted the Motion for Summary Judgment filed by the United States of America (Plaintiff). Based on the papers filed in this case, and all other matters properly made part of the record,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**Assessment of Trust Fund Recovery Penalties**

1. The Court lacks jurisdiction over Georgiann Aller's suit against the United States to the extent she seeks recovery of tax payments made on August 31, 2004 for $475, April 15, 2005 for $29, and July 8, 2005 for $400, which occurred outside the statute of limitations set forth in 26 U.S.C. § 6511(b)(2).

2. Georgiann Aller is the responsible person that was required but willfully failed to collect, truthfully account for, and pay over to the United States of America pursuant to 26 U.S.C. § 6672(a) the unpaid balance of the trust fund employment and withholding taxes incurred by Aller, Inc., during the first, second and fourth calendar quarters of 1999, and the first calendar quarters of 2000 and 2001.

3. The Internal Revenue Service gave proper notice to Georgiann Aller pursuant to 26 U.S.C. § 6672(b)(1) before making the Trust Fund Recovery Penalty assessments against her for the unpaid balance of the trust fund employment and withholding taxes incurred by Aller, Inc., during the first, second and fourth calendar quarters of 1999, and the first calendar quarters of 2000 and 2001.

4. On or about September 16, 2003, a duly authorized delegate of the Secretary of the Treasury entered valid assessments against Georgiann Aller for Trust Fund Recovery Penalties pursuant to 26 U.S.C. § 6672 of the Internal Revenue Code, in the total amount of $18,924.01, itemized as follows:

| Tax | Calendar Quarter | Total Assessment |
|---|---|---|
| TFRP | March 31, 1999 | $2,443.75 |
| TFRP | June 30, 1999 | $2,872.74 |
| TFRP | December 31, 1999 | $2,595.47 |
| TFRP | March 31, 2000 | $5,631.82 |
| TFRP | March 31, 2001 | $5,380.23 |
|  | **TOTAL** | **$18,924.01** |

5.  Georgiann Aller never entered into a binding agreement with the Internal Revenue Service to eliminate the Trust Fund Recovery Penalty assessments against her for the unpaid balance of the trust fund employment and withholding taxes incurred by Aller, Inc., during the first and second calendar quarters of 1999.

6.  Georgiann Aller's Complaint is dismissed with prejudice, resolving the cause of action in the Complaint in favor of the United States.

**Reduce Assessments to Judgment**

7.  The Trust Fund Recovery Penalty assessments that the Internal Revenue Service made against Georgiann Aller on September 16, 2003, for the unpaid balance of the trust fund employment and withholding taxes incurred by Aller Inc., during the first calendar quarters of 2000 and 2001, are hereby reduced to Judgment.

8.  The United States shall recover from Georgiann Aller $10,325.11, including statutory interest accrued and credits incurred after June 30, 2009, until such Judgment is paid in full, resolving the cause of action in the Counterclaim in favor of the United States.

9.  The balance of the Judgment that the United States shall recover from Georgiann Aller, as of February 23, 2010, which includes statutory interest accrued and credits incurred after June 30, 2009, is $7,752.70.  In accordance with 26 U.S.C. §§ 6672 (Trust Fund Recovery Penalty), 6601(e)(2)(A) (statutory interest), 6621 (determination of rate of interest), and 6622 (interest compounded

daily), the Internal Revenue Service calculated the statutory interest accruals and balance thereon for the period after June 30, 2009, utilizing automated computational tools and computer generated interest computations.

**IT IS SO ORDERED.**

DATED: February 25, 2010

_____
DOLLY M. GEE
United States District Judge
CC: FISCAL

Respectfully presented by:

GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

       /s/
_____
JOSEPH P. WILSON
Assistant United States Attorney

Attorneys for United States of America